```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT VAGHAR                                :
                                              :
             Plaintiff,                       :
   -v-                                        :     23-CV-3487 (JLR) (HJR)
                                              :
                                              :
BEGREAT SPORTS, LLC, and BARRY                :
GARDNER,                                      :
             Defendants.                      :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court previously scheduled a conference on defendants' motion to withdraw as counsel and for an extension of discovery for Friday, November 15. Dkt. No. 90. Counsel for defendants has stated that he is scheduled to conduct a deposition in this case at that time. Dkt. No. 91. The scheduled deposition will go forward as planned and the Court will reschedule the conference to **Monday, November 18 at 2:00 p.m. E.S.T.** Counsel for plaintiffs need not appear. Mr. Gardner is directed to appear. Counsel for defendants should provide Mr. Gardner with the conference dial-in information, which remains the same, (646-453-4442, conference ID number 664 997 690#) so that he may join the conference. Counsel for defendants is directed to provide a copy of this order to his clients forthwith.

**SO ORDERED.**

Dated: November 12, 2024
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge