USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VINCENT VAGHAR

          Plaintiff,

-v-                                      23-CV-3487 (JLR) (HJR)

BEGREAT SPORTS, LLC, and BARRY GARDNER,

          Defendants.
-------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court in receipt of plaintiff's November 19 letter requesting clarification of its order at Docket No. 95. Dkt. No. 96. Specifically, plaintiffs wish to confirm whether discovery is stayed for 90 days or whether discovery deadlines were extended for 90 days.

      As initially requested by the defendants in their motion at Docket Nos. 86–88, discovery has not been stayed; the deadlines have been extended by 90 days. Depositions are now to be completed by February 13, 2025, fact discovery by February 28, 2025, expert disclosures by March 1, 2025, and expert discovery by April 12, 2025. Written discovery and third-party discovery may proceed during the pendency of defendants' obtaining new counsel.

**SO ORDERED.**

Dated: November 20, 2024
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge