```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VINCENT VAGHAR                                :
                                              :
            Plaintiff,                        :
    -v-                                       :     23-CV-3487 (JLR) (HJR)
                                              :
                                              :
BEGREAT SPORTS, LLC, and BARRY                :
GARDNER,                                      :
            Defendants.                       :
-------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

Following the conference held on November 18, 2024, the Court issued an order granting counsel for defendants' motion to withdraw.  Dkt. No. 95.  The order also granted plaintiff permission to move for default judgment against the corporate defendant if no new counsel appeared by December 9, 2024.  *Id.*  No new counsel has appeared.

In the November 18 order, individual defendant Barry Gardner was also directed to file a Notice of Pro Se Appearance, unless he obtains counsel.  *Id.*  He has not done so.

The parties are directed to file a joint status letter by **January 23, 2025.**

Counsel for the plaintiff is directed to provide a copy of this order to the individual defendant and to certify that they have done so by filing a letter on the docket to that effect.

**SO ORDERED.**

Dated: January 8, 2025
        New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge