USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/29/2025_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

VINCENT VAGHAR                                      :

                    Plaintiff,                      :

     -v-                                            :       ORDER

                                                    :       23-CV-3487 (JLR) (HJR)

                                                    :

BEGREAT SPORTS, LLC, and BARRY                      :
GARDNER,                                            :

                    Defendants.                     :
---------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court will hold a telephone status conference on Tuesday, February 4th

at 3:30 p.m.  Parties should dial-in to 646-453-4442 and use the conference ID

379134931#.

    Counsel for BeGreat Sports is directed to provide a copy of this order to pro se

defendant Barry Gardner so that Mr. Gardner can participate.

**SO ORDERED.**

Dated: January 29, 2025
        New York, New York

                                        _____
                                        Hon. Henry J. Ricardo
                                        United States Magistrate Judge