USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/4/2025_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT VAGHAR                                          :
                                                        :
                Plaintiff,                              :
        -v-                                             :     23-CV-3487 (JLR) (HJR)
                                                        :
                                                        :
BEGREAT SPORTS, LLC, and BARRY                          :
GARDNER,                                                :
                Defendants.                             :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

As was discussed at today's conference, the Court sets the following deadlines:

Parties are to submit a joint status letter by February 19, 2025.

Fact discovery is extended to March 7, 2025.

Expert disclosures are now due March 21, 2025.

Expert discovery will close on April 21, 2025.

Counsel for defendant BeGreat Sports is directed to provide a copy of this order to pro se defendant Barry Gardner.

**SO ORDERED.**

Dated: February 4, 2025
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge