```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT VAGHAR                                   :
                                                 :     **ORDER**
            Plaintiff,                           :
   -v-                                           :     23-CV-3487 (JLR) (HJR)
                                                 :
                                                 :
BEGREAT SPORTS, LLC, and BARRY                   :
GARDNER,                                         :
            Defendants.                          :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the status report at Docket Number 116. Parties are reminded that fact discovery closes on March 7. Defendants are directed to appear for deposition by March 7.

The Court will hold a status conference on March 10, 2025, at 2:00 p.m. via telephone. Parties should dial in to 646-453-4442 and use the conference ID 226814809#.

**SO ORDERED.**

Dated: February 20, 2025
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge