UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT VAGHAR,

       Plaintiff,

-against-

BEGREAT SPORTS, LLC and BARRY GARDNER,

       Defendants.

Case No. 1:23-cv-03487 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

  On January 10, 2025, Plaintiff Vincent Vaghar ("Plaintiff") filed a Motion for Default Judgment (the "Motion") against Defendants Barry Gardner ("Gardner") and BeGreat Sports, LLC ("BeGreat") (together, "Defendants"), *see* Dkt. 100, after no appearances were entered on behalf of either Defendant, *see* Dkt. 95. Subsequently, on January 28, 2025, counsel was admitted to appear *pro hac vice* on behalf of BeGreat, *see* Dkt. 105, and on February 6, 2025, Gardner entered a *pro se* notice of appearance, *see* Dkt. 112. On March 4, 2025, this case was automatically stayed as to Gardner upon his filing for bankruptcy. *See* Dkt. 122.

  On March 21, 2025, BeGreat's attorney filed a motion to withdraw, *see* Dkt. 130, which was granted on March 25, 2025, leaving BeGreat unrepresented, *see* Dkt. 132 at 1. BeGreat was advised that, as a corporate entity, it could not proceed *pro se*. *See* Dkt. 132 at 2. After no new appearances were made on behalf of BeGreat, the Court ordered BeGreat to appear and show cause before the Court on June 16, 2025, why an order should not be issued granting a default judgment against it. *See* Dkt. 136. BeGreat did not appear at the hearing, no new appearances have been entered on behalf of BeGreat, and BeGreat has not otherwise corresponded with the Court since the withdrawal of its attorney in March 2025.

The Court having considered Plaintiff's Motion and supporting papers, and for the reasons stated on the record during the default judgment hearing on June 16, 2025, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant BeGreat Sports, LLC;

2. Plaintiff is awarded $888,550.00 in damages against Defendant BeGreat Sports, LLC;

3. Plaintiff is awarded prejudgment interest at the rate of 9 percent per annum on the principal amount of $845,268.97, calculated from March 20, 2020;

4. Plaintiff is awarded prejudgment interest at the rate of 9 percent per annum on the principal amount of $43,281.03, calculated from April 26, 2023;

5. Plaintiff is entitled to postjudgment interest pursuant to 28 U.S.C. § 1961 at the federal statutory rate; and

6. Plaintiff is awarded $57,097.50 in attorney's fees and $789.10 in costs.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 100.

Dated: June 16, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge