UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT VAGHAR,<br><br>                     Plaintiff,<br><br>-against-<br><br>BEGREAT SPORTS, LLC and BARRY GARDNER,<br><br>                     Defendants. | Case No. 1:23-cv-03487 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 4, 2025, this action was automatically stayed pursuant to Section 362 of the Bankruptcy Code as to Defendant Barry Gardner in light of his bankruptcy filing. *See* Dkt. 122. The Court hereby orders the parties to file a joint status letter, not to exceed three pages, updating the Court as to the bankruptcy proceeding's status and any next steps by **December 1, 2025**, and every six (6) months thereafter (or sooner if there is a relevant change in the bankruptcy status). Given that the only remaining claim in this case is against Gardner, the action shall be marked STAYED until further order of this Court.

Dated: November 24, 2025
       New York, New York

                                                    SO ORDERED.

                                                    *Jennifer Rochon*
                                                    JENNIFER L. ROCHON
                                                    United States District Judge