UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT VAGHAR,

                              Plaintiff,

        -against-

BEGREAT SPORTS, LLC and BARRY
GARDNER,

                              Defendants.

Case No. 1:23-cv-03487 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        Pursuant to the Court's November 24, 2025 order, Dkt. 141, the parties were to submit a

joint status letter on June 1, 2026, *see* Dkt. 142.  The Court has yet to receive such letter.

Accordingly, the parties must submit a joint letter by **June 8, 2026**.

Dated:  June 3, 2026
        New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge