UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT VAGHAR,

                    Plaintiff,

        -v-

BEGREAT SPORTS, LLC, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/10/2026

**ORDER TO SHOW
CAUSE**

23-CV-3487 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 144, stating that the bankruptcy proceeding has concluded. Because the bankruptcy proceeding is terminated, the stay in this matter is lifted. However, it appears that Mr. Gardner's debt to plaintiff has been discharged. As the discharge order states, "no one may make any attempt to collect a discharged debt from the debtors personally." ECF No. 144-2. BeGreat has already been terminated as a defendant, leaving Garnder as the only defendant. *See* ECF No. 140. Thus, plaintiff should show cause by filing a letter by **June 24, 2026** addressing why I should not recommend dismissal of the case based on the bankruptcy court discharge order.

The Clerk of Court is respectfully directed to lift the stay in this matter.

**SO ORDERED.**

Dated: June 10, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge

1