UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT VAGHAR,

                          Plaintiff,

          -against-

BEGREAT SPORTS, LLC and BARRY
GARDNER,

                          Defendants.

---

Case No. 1:23-cv-03487 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court having been advised at Dkt. 146 that Plaintiff does not object to dismissal of this case in light of the discharge order in the related bankruptcy proceedings, *see* Dkt. 144-2 (providing that "no one may make any attempt to collect a discharged debt from [Defendant Gardner] personally"), ORDERS that the above-entitled action be DISMISSED and discontinued without costs.

The Clerk of Court is respectfully directed to CLOSE this case.

Dated: June 25, 2026
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge